UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                                  CASE NO.  15-80709 JJG-13
     KEVIN PATRICK MORSE,
         Debtor(s).

## TRUSTEE'S RECOMMENDATION
## PURSUANT TO 11 U.S.C. § 1302(b)(2)(B)

    Donald L. Decker, the Standing Trustee, appears, and recommends that the last-filed Plan of the Debtor(s) be confirmed.

Dated: December 8, 2015

                                                 /s/ Donald L. Decker
                                                 Donald L. Decker, Standing Trustee
                                                 P.O. Box 9237
                                                 Terre Haute, IN 47808-9237
                                                 Phone: (812) 234-2600
                                                 Fax: (812) 234-2666
                                                 E-mail: ddecker@decker13trustee.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2015, a copy of the foregoing Trustee's Recommendation Pursuant to 11 U.S.C. § 1302(b)(2)(B) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Rowdy G. Williams Law Firm, bk@rowdywilliams.com
    U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

    I further certify that on December 8, 2015, a copy of the foregoing Trustee's Recommendation Pursuant to 11 U.S.C. § 1302(b)(2)(B) was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Kevin Patrick Morse
366 W Frakes
Sullivan, IN 47882

                                                 /s/ Donald L. Decker
                                                 Donald L. Decker