UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                         CASE NO. 15-80709 JJG-13
       KEVIN PATRICK MORSE,
           Debtor(s).

## TRUSTEE'S FIRST
## OMNIBUS OBJECTION TO CLAIM(S)
## AND NOTICE OF RESPONSE DEADLINE

      Donald L. Decker, Trustee, files this First Omnibus Objection to Claim(s), pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart.**

      **PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 2006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

       352 Federal Building
       101 Northwest Martin L. King Boulevard
       Evansville, IN 47708

      The responding party must ensure delivery of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief may be granted**. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

      WHEREFORE, the Trustee moves the Court for an order disallowing the claim.

Date: December 14, 2015

                                                      /s/ Donald L. Decker
                                                      Donald L. Decker
                                                      Chapter 13 Trustee
                                                      P.O. Box 9237
                                                      Terre Haute, IN 47808-9237
                                                      Phone: (812) 234-2600
                                                      Fax: (812) 234-2666
                                                      E-mail: ddecker@decker13trustee.com

## TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIM(S)

| CLAIMANT | COURT CLAIM #/ AMOUNT | GROUNDS FOR OBJECTION | PROPOSED TREATMENT |
|---|---|---|---|
| Cerastes, LLC c/o Weinstein & Riley, P.S. | # 14 / $9,736.48 | 5 - Claim filed asserts a secured claim on property in the amount of $9,501.29. Plan provides that property was surrendered to the lienholder. | The unsecured portion in the amount of $235.19 is allowed. The secured portion in the amount of $9,501.29 is disallowed subject to amendment for further deficiency within 90 days of an Order sustaining this Objection. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Grounds for Objection Code(s):
- 1 -   The claim duplicates other claims
- 2 -   The claim has been filed in the wrong case
- 3 -   The claim has been amended by subsequently filed proofs of claim
- 4 -   The claim was not timely filed
- 5 -   The claim has been satisfied or released during the case in accordance with the Code, applicable rules, or a Court order
- 6 -   The claim was presented in a form that does not comply with applicable rules, and
the objection states that the objector is unable to determine the validity of the claim because of the noncompliance
- 7 -   It is an interest, rather than a claim
- 8 -   The claim asserts a priority in an amount that exceeds the maximum amount under §507 of the Code

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, copy of the foregoing Trustee's First Omnibus Objection to Claims and Notice of Response Deadline was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

    Rowdy G. Williams Law Firm, bk@rowdywilliams.com
    U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on December 14, 2015, a copy of the foregoing Trustee's First Omnibus Objection to Claim(s) and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Kevin Patrick Morse
366 W Frakes
Sullivan, IN 47882

Cerastes, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave    Ste 400
Seattle, WA 98121

    /s/  Donald L. Decker
    Donald L. Decker