UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                        CASE NO. 15-80709 JJG-13
    KEVIN PATRICK MORSE,
        Debtor(s).

## TRUSTEE'S SECOND
## OMNIBUS OBJECTION TO CLAIM(S)
## AND NOTICE OF RESPONSE DEADLINE

Donald L. Decker, Trustee, files this Second Omnibus Objection to Claim(s), pursuant to Fed.R.Bankr.P. 3007(d).  **Claimants receiving the objection should locate their names and claims on the attached chart.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 2006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

    352 Federal Building
    101 Northwest Martin L. King Boulevard
    Evansville, IN 47708

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted**.  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order disallowing the claim as filed.

Date:  February 25, 2016

                                               /s/ Donald L. Decker
                                               Donald L. Decker
                                               Chapter 13 Trustee
                                               P.O. Box 9237
                                               Terre Haute, IN  47808-9237
                                               Phone:  (812) 234-2600
                                               Fax:  (812) 234-2666
                                               E-mail:  ddecker@decker13trustee.com

**TRUSTEE'S SECOND OMNIBUS**
**OBJECTION TO CLAIM(S)**

| CLAIMANT | COURT CLAIM #/ AMOUNT | GROUNDS FOR OBJECTION | PROPOSED TREATMENT |
|---|---|---|---|
| FirstMerit Bank Successor by Merger Citizen's Bank | # 15 / $121,402.38 | 4 - Claim filed on 02/18/2016 was filed after the bar date of 01/21/2016 | Claim disallowed as not timely filed. |
| | | | |
| | | | |
| | | | |
| | | | |

Grounds for Objection Code(s):
1 - The claim duplicates other claims
2 - The claim has been filed in the wrong case
3 - The claim has been amended by subsequently filed proofs of claim
4 - The claim was not timely filed
5 - The claim has been satisfied or released during the case in accordance with the Code, applicable rules, or a Court order
6 - The claim was presented in a form that does not comply with applicable rules, and
the objection states that the objector is unable to determine the validity of the claim because of the noncompliance
7 - It is an interest, rather than a claim
8 - The claim asserts a priority in an amount that exceeds the maximum amount under §507 of the Code

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, a copy of the foregoing Trustee's Second Omnibus Objection to Claims and Notice of Response Deadline was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Rowdy G. Williams Law Firm, bk@rowdywilliams.com
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
John J. Petr, jjp@kgrlaw.com

I further certify that on February 25, 2016, a copy of the foregoing Trustee's Second Omnibus Objection to Claim(s) and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Kevin Patrick Morse
4267 E St Rd 42
Centerpoint, IN 47840

FirstMerit Bank
III Cascade Plaza 3rd Flr CAS36
Akron, OH 44308

    /s/ Donald L. Decker
Donald L. Decker